United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT BOWMAN,                          No. C-12-02552 DMR

       Plaintiff(s),                    **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

   v.

NATIONAL ASSET RECOVERY,

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Initial Case Management Conference previously scheduled for August 22, 2012 has been CONTINUED to **September 12, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **September 5, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 3. Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

      IT IS SO ORDERED.

Dated: August 16, 2012

_____
DONNA M. RYU
United States Magistrate Judge