1  MARK L. BLOCK, ESQ. (SBN 115457)
   mblock@wargofrench.com
2  JEFFREY N. WILLIAMS, ESQ. (SBN 274008)
   jwilliams@wargofrench.com
3  WARGO & FRENCH LLP
4  1888 Century Park East, Suite 1520
   Los Angeles, CA 90067
5  Telephone: (310) 853-6300
6  Facsimile: (310) 853-6333

7
   Attorneys for Defendant
8  NATIONAL ASSET RECOVERY SYSTEMS, INC.

9
               **UNITED STATES DISTRICT COURT**
10             **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| SCOTT BOWMAN, Plaintiffs, v. NATIONAL ASSET RECOVERY SYSTEMS, INC., and DOES 1 through 20, inclusive, Defendants. | Case No. CV12-2552-DMR **[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

---

**ORDER ON JT. STIP. RE TIME TO RESPOND TO INITIAL COMPLAINT AND CMC**

**ORDER**

Having read and considered the Joint Stipulation of the parties to extend the deadline for Defendant National Asset Recovery Systems, Inc. ("NARS") to respond to the Complaint of Plaintiff Scott Bowman ("Plaintiff") in this matter, and to continue the case management conference and associated deadlines, the Court hereby finds that good cause exists, pursuant to Local Rules 6-1(b) and 6-2, to approve the Stipulation. Accordingly, the Court hereby orders that:

1. NARS shall be required to answer, plead, or otherwise respond to the Complaint on or by September 30, 2012;

2. The case management conference in this matter shall be continued from September 12, 2012, to November 7, 2012 at 1:30 p.m.

3. The deadline to file the Rule 26(f) report and Case Management Statement shall be continued to October 31, 2012.

4. The deadline to file the ADR Stipulation and other ADR forms shall be continued to October 17, 2012.

Dated: September 4, 2012

By: _____
IT IS SO ORDERED
Judge Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE