United States District Court
For the Northern District of California

1
2
3
4
5
6                 IN THE UNITED STATES DISTRICT COURT
7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BOWMAN, | No. C 12-03832 JSW |
|     Plaintiff, | ***SUA SPONTE* REFERRAL ORDER, ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING AS MOOT MOTION TO APPEAR BY TELEPHONE** |
| v. | |
| JP MORGAN CHASE BANK, N.A., | |
|     Defendant. | |

      Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court HEREBY REFERS this matter to Magistrate Judge Ryu to determine whether it is related to *Scott Bowman v. National Asset Recovery Systems, Inc.*, 4:12-cv-02552-DMR. If the parties wish to respond to this Order, they shall file any responses in the case pending before Magistrate Judge Ryu. *See* N.D. Civ. L.R. 3-12(c)-(e). The Court CONTINUES the case management conference to Friday, December 14, 2012 at 1:30 p.m. The Court DENIES AS MOOT the pending motion for Defendant's counsel to appear by telephone. If the case is not related, counsel may renew that request on or before December 7, 2012.

      **IT IS SO ORDERED.**

Dated: November 9, 2012

                                                                     JEFFREY S. WHITE
                                                                       UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Ryu