```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
SCOTT BOWMAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BOWMAN, an individual, | ) CASE NO.:  CV-12-2552-DMR |
| ) | |
| Plaintiff, | ) **STIPULATION OF DISMISSAL** |
| ) | |
| v. | ) |
| ) | |
| NATIONAL ASSET RECOVERY SERVICES, INC. and DOES 1 through 20, inclusive, | ) |
| ) | |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned

///

///

///

///

1

action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED:   February 27, 2013        DELTA LAW GROUP

/s/ Jim G. Price

BY:_____
JIM G. PRICE*
Attorneys for Plaintiff
SCOTT BOWMAN

DATED:   February 28, 2013        WARGO & FRENCH LLP

/s/ Jeffrey N. Williams

BY:_____
JEFFREY N. WILLIAMS
Attorneys for Defendant
NATIONAL ASSET RECOVERY
SYSTEMS, INC.

* I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Jeffrey N. Williams has concurred in this filing.
*/s/ Jim G. Price*